PUBLIC SERVICE RAILWAY COMPANY, PROSECUTOR, v. HACKENSACK IMPROVEMENT COMMISSION ET AL.. DEFENDANTS.

Submitted January term, 1927.

On application for a re-hearing.

Before Justices BLACK and CAMPBELL.

For the prosecutor, *Wendell J. Wright.*

PER CURIAM.

The application for a re-hearing in this case is denied.

---

TILLMAN REINERT, PLAINTIFF, v. ATLANTIC CITY RAILROAD COMPANY, DEFENDANT.

Submitted January term, 1927.

On application for a re-hearing.

Before Justices BLACK and CAMPBELL.

For the defendant, *Floyd H. Bradley.*

PER CURIAM.

The application for a re-hearing in this case is denied.